IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DOCKET

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                    No. **14-CR-20143-CM-3**

**MARCOS LANE STUBBS,**
    *Defendant.*

**ORDER ON MOTION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE**

Defendant Marcos Stubbs moves this Court for an order modifying the conditions of his pretrial release to no longer require location monitoring.[1] There have been no reported violations since defendant was released two months ago. The Government and pretrial services do not object. Accordingly, it is ordered that the defendant's conditions of pretrial release no longer include location monitoring.

7/14/2015                                 /s/ James P. O'Hara
Date                                   Hon. James O'Hara

---

[1] Doc. No. 57.